No. 96–8077.  MEDINA *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 96–8095.  MINES *v.* PENNSYLVANIA.  Commw. Ct. Pa. Certiorari denied.

No. 96–8111.  CARTER *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 96–8129.  VARTINELLI *v.* HUTCHINSON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–8130.  ZANKICH *v.* MARICOPA COUNTY, ARIZONA, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 96–8155.  KRIER *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 96–8172.  HALE *v.* RUNYON, POSTMASTER GENERAL. C. A. 7th Cir.  Certiorari denied.

No. 96–8177.  HARGROVE *v.* COLONY OF STONE MOUNTAIN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–8182.  FETT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 96–8192.  STAUP *v.* FIRST UNION NATIONAL BANK OF FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 96–8208.  KISER *v.* CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 96–8212.  SLABY *v.* DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION.  Ct. App. D. C.  Certiorari denied.

No. 96–8217.  PIZZO *v.* CAIN, WARDEN, ET AL.  C. A. 5th Cir. Certiorari denied.

No. 96–8235.  MUNDY *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.